450 A.2d 185

Commonwealth v. Pagan, Appellant.

Submitted September 15, 1981. Jeffrey L. Schmehl, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 186

Commonwealth v. Palumbo, II, Appellant.

Argued April 14, 1980. Anthony S. Guido, for appellant; Kim C. Kerner, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.